# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: LINDSEY, JAMES DERRICK | § Case No. 08-82591 |
| LINDSEY, LYNETTE MARIE | § |
| | § |
| Debtor(s) | § |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GARY T. RAFOOL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $160,791.00 | Assets Exempt: $38,559.62 |
| Total Distribution to Claimants: $3,871.00 | Claims Discharged Without Payment: $271,907.01 |
| Total Expenses of Administration: $1,291.35 | |

3) Total gross receipts of $ 5,162.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,162.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $141,798.00 | $7,518.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,291.35 | 1,291.35 | 1,291.35 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 158,033.00 | 76,256.98 | 75,806.98 | 3,871.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 257,628.79 | 33,042.93 | 32,153.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $557,459.79 | $118,109.62 | $109,251.55 | $5,162.35 |

4) This case was originally filed under Chapter 7 on September 25, 2008.
. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/29/2010          By: /s/GARY T. RAFOOL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| CEFCU, ACCOUNT NO. xxx-x856, JDL Cleaning, | 1129-000 | 5,161.00 |
| Interest Income | 1270-000 | 1.35 |
| **TOTAL GROSS RECEIPTS** | | **$5,162.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Revenue | 4110-000 | N/A | 7,518.36 | 0.00 | 0.00 |
| First National Bank of Chillicothe | 4110-000 | 110,000.00 | N/A | N/A | 0.00 |
| First National Bank of Chillicothe | 4110-000 | 18,798.00 | N/A | N/A | 0.00 |
| LEXUS FINANCIAL SERVICES | 4110-000 | 13,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$141,798.00** | **$7,518.36** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GARY T. RAFOOL | 2200-000 | N/A | 25.11 | 25.11 | 25.11 |
| GARY T. RAFOOL | 2100-000 | N/A | 1,266.24 | 1,266.24 | 1,266.24 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 1,291.35 | 1,291.35 | 1,291.35 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| City of Peoria Legal Dept. | 5800-000 | N/A | 450.00 | 0.00 | 0.00 |
| Illinois Department of Revenue | 5800-000 | 7,600.00 | 1,144.49 | 1,144.49 | 0.00 |
| Internal Revenue Service | 5800-000 | N/A | 69,583.88 | 69,583.88 | 0.00 |
| IL Dept of Healthcare and Family Services/MRU | 5100-000 | N/A | 5,078.61 | 5,078.61 | 3,871.00 |
| Illinois Department of Revenue | 5800-000 | 4,911.00 | N/A | N/A | 0.00 |
| Illinois Dept of Employment Security | 5800-000 | 2,782.00 | N/A | N/A | 0.00 |
| Illinois Dept. of Employment Security | 5800-000 | 4,450.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 14,300.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 31,867.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 3,913.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Internal Revenue Service | 5800-000 | 1,730.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 407.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 1,069.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 503.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 631.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 3,704.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 1,716.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 689.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 575.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 647.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 504.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 1,593.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 3,128.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 641.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 644.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 707.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 665.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 503.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 4,088.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 2,479.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 519.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 596.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 3,114.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 1,064.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 700.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 600.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 900.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 1,500.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 20,670.00 | N/A | N/A | 0.00 |
| United States Department of Internal Revenue Service | 5800-000 | 9,800.00 | N/A | N/A | 0.00 |
| United States Department of | | | | | |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Internal Revenue Service United States Department of | 5800-000 | 4,000.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 2,600.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 10,800.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 760.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 64.00 | N/A | N/A | 0.00 |
| Internal Revenue Service United States Department of | 5800-000 | 3,900.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 158,033.00 | 76,256.98 | 75,806.98 | 3,871.00 |

### EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Recovery Management Systems Corporation | 7100-900 | N/A | 242.00 | 242.00 | 0.00 |
| Recovery Management Systems Corporation | 7100-900 | N/A | 190.78 | 190.78 | 0.00 |
| Asset Acceptance LLC | 7100-900 | 2,020.00 | 2,384.07 | 2,384.07 | 0.00 |
| eCAST Settlement Corporation assignee of | 7100-900 | 514.00 | 733.56 | 733.56 | 0.00 |
| Illinois Casualty Company | 7100-000 | 5,170.00 | 5,217.11 | 5,217.11 | 0.00 |
| AmerenCILCO | 7100-000 | 4,287.00 | 2,155.05 | 2,155.05 | 0.00 |
| City of Peoria Legal Dept. | 7100-000 | 450.00 | 450.00 | 450.00 | 0.00 |
| Illinois Department of Revenue | 7300-000 | N/A | 66.00 | 66.00 | 0.00 |
| TARGET NATIONAL BANK | 7100-900 | 195.00 | 290.52 | 290.52 | 0.00 |
| Greater Peoria Sanitary District | 7100-000 | 79.00 | 110.02 | 110.02 | 0.00 |
| Ecolab Inc | 7100-000 | N/A | 474.62 | 474.62 | 0.00 |
| Mark Chiaravalle | 7100-000 | N/A | 4,757.68 | 4,757.68 | 0.00 |
| Internal Revenue Service | 7300-000 | N/A | 9,526.89 | 9,526.89 | 0.00 |
| CAR X | 7100-000 | 5,072.00 | 4,579.84 | 4,579.84 | 0.00 |
| APPLIED BANK | 7100-900 | N/A | 889.71 | 0.00 | 0.00 |
| Illinois American Water Company | 7100-000 | 88.00 | 85.37 | 85.37 | 0.00 |
| APPLIED BANK | 7100-900 | N/A | 889.71 | 889.71 | 0.00 |
| A.C.E. RECOVERY SERVICES | 7100-000 | 101.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| AAMS | 7100-000 | 387.00 | N/A | N/A | 0.00 |
| ACE HARDWARE | 7100-000 | 389.00 | N/A | N/A | 0.00 |
| ACE HARDWARE | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| ACE RECOVERY, INC. | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| AFFIRMATIVE INSURANCE SERVICES | 7100-000 | 73.00 | N/A | N/A | 0.00 |
| AFNI | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| ALLEN HOUSE | 7100-000 | 1,386.00 | N/A | N/A | 0.00 |
| ALLIED INTERSTATE | 7100-000 | 553.00 | N/A | N/A | 0.00 |
| Ameren Cilco | 7100-000 | 598.00 | N/A | N/A | 0.00 |
| Ameren Cilco | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| Ameren Cilco | 7100-000 | 1,346.00 | N/A | N/A | 0.00 |
| APPLIED-BANK BANK CARD CENTER | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| APPLIED-BANK | 7100-000 | 777.00 | N/A | N/A | 0.00 |
| APPLIED-BANK BANK CARD CENTER | 7100-000 | 685.00 | N/A | N/A | 0.00 |
| APPLIED-BANK BANK CARD CENTER | 7100-000 | 696.00 | N/A | N/A | 0.00 |
| ARNOLD SCOTT HARRIS, P.C. | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| Arrow Financial Services | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| ARROW FINANCIAL SERVICES | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| ARROW FINANCIAL SERVICES | 7100-000 | 300.00 | N/A | N/A | 0.00 |
| ASSOCIATED RECOVERY SYSTEM | 7100-000 | 1,306.00 | N/A | N/A | 0.00 |
| Associated Recovery Systems | 7100-000 | 1,346.00 | N/A | N/A | 0.00 |
| Associated Recovery Systems | 7100-000 | 702.82 | N/A | N/A | 0.00 |
| Associated Recovery Systems | 7100-000 | 1,285.00 | N/A | N/A | 0.00 |
| Associated Recovery Systems | 7100-000 | 1,326.00 | N/A | N/A | 0.00 |
| ASSOCIATES IN DENTISTRY | 7100-000 | 64.00 | N/A | N/A | 0.00 |
| AT&T | 7100-000 | 242.00 | N/A | N/A | 0.00 |
| ATT | 7100-000 | 456.16 | N/A | N/A | 0.00 |
| Attorney Warren E. Danz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bennett & DeLoney | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Bennett & DeLoney | 7100-000 | 347.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Bennett & DeLoney | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| Bennett & DeLoney | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| Bennett & DeLoney | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| Bennett & DeLoney | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| BENNETT & DELONEY | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Best Buy Rewardzone Reward Zone Program mastercard | 7100-000 | 571.92 | N/A | N/A | 0.00 |
| Best Buy Rewardzone Reward Zone Program mastercard | 7100-000 | 572.00 | N/A | N/A | 0.00 |
| BLACKSHOR SERVICES | 7100-000 | 67.00 | N/A | N/A | 0.00 |
| Blatt, Hasenmiller, Leibsker 7 Moore, LL | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| Blatt, Hasenmiller, Leibsker 7 Moore, LL | 7100-000 | 1,038.00 | N/A | N/A | 0.00 |
| Blatt, Hasenmiller, Leibsker 7 Moore, LL | 7100-000 | 1,836.00 | N/A | N/A | 0.00 |
| Blatt, Hasenmiller, Leibsker 7 Moore, LL | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| BONNIE LEE ACCOUNTING INC | 7100-000 | 361.00 | N/A | N/A | 0.00 |
| CACI | 7100-000 | 2,575.00 | N/A | N/A | 0.00 |
| CACI | 7100-000 | 2,575.00 | N/A | N/A | 0.00 |
| CAPITAL MANAGEMENT SERVICES,LP | 7100-000 | 286.00 | N/A | N/A | 0.00 |
| CAPITAL ONE | 7100-000 | 56.28 | N/A | N/A | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 920.00 | N/A | N/A | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 1,871.00 | N/A | N/A | 0.00 |
| CAPITAL ONE SERVICES | 7100-000 | 980.00 | N/A | N/A | 0.00 |
| Cash Flow Consultants, Inc | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| Cash Flow Consultants, Inc | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| Cash Flow Consultants, Inc | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| CCS NOTICE CREDIT COLLECTION SERVICE | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| CENTRAL ILLINOIS PATHOLOGY, SC | 7100-000 | 208.00 | N/A | N/A | 0.00 |
| CENTRAL ILLINOIS PATHOLOGY, SC | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| CENTRAL ILLINOIS RADIOLOGICAL ASSC. | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| CENTRAL ILLINOIS RADIOLOGICAL ASSC. | 7100-000 | 210.00 | N/A | N/A | 0.00 |
| Central Illinois Radiological Associates | 7100-000 | 354.00 | N/A | N/A | 0.00 |
| CERTEGY PAYMENT RECOVERY SERVICE | 7100-000 | 88.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount | | | |
|---|---|---:|---|---|---:|
| CERTEGY PAYMENT RECOVERY SERVICE | 7100-000 | 72.00 | N/A | N/A | 0.00 |
| CERTEGY PAYMENT RECOVERY SERVICE | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| Certegy Payment Recovery Services, Inc. | 7100-000 | 87.60 | N/A | N/A | 0.00 |
| CheckCare | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| CheckCare | 7100-000 | 59.00 | N/A | N/A | 0.00 |
| CheckCare | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| CITY OF PEORI FINANCE DEPTARTMENT | 7100-000 | 450.00 | N/A | N/A | 0.00 |
| CITY OF PEORI FINANCE DEPTARTMENT | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| CITY OF PEORI CLERKS OFFICE | 7100-000 | 13,568.00 | N/A | N/A | 0.00 |
| CITY OF PEORI FINANCE DEPTARTMENT | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| CITY OF PEORI FINANCE DEPTARTMENT | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| City of Peoria/Parking tickets | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| COLLECTION BUREAU OF AMERICA | 7100-000 | 530.00 | N/A | N/A | 0.00 |
| COMCAST CABLE | 7100-000 | 183.00 | N/A | N/A | 0.00 |
| COMPUCREDIT/TRIBUTE/FBOF | 7100-000 | 281.00 | N/A | N/A | 0.00 |
| Connor, William C. | 7100-000 | 4,944.34 | N/A | N/A | 0.00 |
| CONUSMERS INSURANCE WAGLER INSURANCE AGENCY | 7100-000 | 1,609.00 | N/A | N/A | 0.00 |
| CONUSMERS INSURANCE WAGLER INSURANCE AGENCY | 7100-000 | 2,394.00 | N/A | N/A | 0.00 |
| COUNTRY INSURANCE | 7100-000 | 1,084.00 | N/A | N/A | 0.00 |
| COUNTRY INSURANCE | 7100-000 | 2,992.00 | N/A | N/A | 0.00 |
| COUNTRY INSURANCE | 7100-000 | 187.00 | N/A | N/A | 0.00 |
| COUNTRY INSURANCE | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| Country Life Insurance Company | 7100-000 | 1,084.37 | N/A | N/A | 0.00 |
| Country Life Insurance Company | 7100-000 | 2,992.41 | N/A | N/A | 0.00 |
| CREDIT COLLECTION SERVICES TWO WELLS AVENUE | 7100-000 | 396.00 | N/A | N/A | 0.00 |
| CREDIT MANAGEMENT SERVICE | 7100-000 | 319.00 | N/A | N/A | 0.00 |
| Creditors Discount & Audit Co | 7100-000 | 349.00 | N/A | N/A | 0.00 |
| Creditors Discount & Audit Co | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| Creditors Discount & Audit Co | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| Creditors Discount & Audit Co | 7100-000 | 230.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount | | | |
|---|---|---:|---|---|---:|
| Creditors Discount & Audit Co | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| Creditors Discount & Audit Co | 7100-000 | 230.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 2,304.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 91.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 1,023.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 604.00 | N/A | N/A | 0.00 |
| D.P. INDUSTRIAL SUPPLIES | 7100-000 | 1,023.00 | N/A | N/A | 0.00 |
| Danz, Warren E. | 7100-000 | unknown | N/A | N/A | 0.00 |
| DEPARTMENT OF FINANCE CITY HALL BUILDING | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| DEPARTMENT OF FINANCE CITY HALL BUILDING | 7100-000 | 30.00 | N/A | N/A | 0.00 |
| DIRECT TV | 7100-000 | 233.00 | N/A | N/A | 0.00 |
| DIRECT TV | 7100-000 | 983.00 | N/A | N/A | 0.00 |
| DIRECT TV | 7100-000 | 194.00 | N/A | N/A | 0.00 |
| DONALD HERRON CUSACK,FLEMING,GILFILLAN, & | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| Durham & Associates | 7100-000 | 701.00 | N/A | N/A | 0.00 |
| ER SOLUTIONS, INC. | 7100-000 | 1,408.00 | N/A | N/A | 0.00 |
| First Financial Asset | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| First Financial Asset | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| First Premier Bank | 7100-000 | 275.00 | N/A | N/A | 0.00 |
| First Premier Bank | 7100-000 | 230.63 | N/A | N/A | 0.00 |
| First Premier Bank | 7100-000 | 231.00 | N/A | N/A | 0.00 |
| First Premier Bank | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| FIRST PREMIER BANK | 7100-000 | 242.00 | N/A | N/A | 0.00 |
| FOSTERS AUTO SERVICE | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| Friedman & Wexler, L.L. C. | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| Friedman & Wexler, L.L. C. | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| Friedman & Wexler, L.L. C. | 7100-000 | 81.00 | N/A | N/A | 0.00 |
| Friedman & Wexler, L.L. C. | 7100-000 | 82.00 | N/A | N/A | 0.00 |
| Fritch Heating & Colling inc. | 7100-000 | 107.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Global Payments | 7100-000 | 434.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 69.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 45.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| Global Payments | 7100-000 | 65.00 | N/A | N/A | 0.00 |
| Greater Peoria Sanitary District | 7100-000 | 79.00 | N/A | N/A | 0.00 |
| Harris, Arnold S. | 7100-000 | 2,719.00 | N/A | N/A | 0.00 |
| HASTY EQUIPMENT | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| HOFFMAN'S WINDOW FASHIONS | 7100-000 | 265.00 | N/A | N/A | 0.00 |
| HOFFMAN'S WINDOW FASHIONS | 7100-000 | 18.00 | N/A | N/A | 0.00 |
| HOFFMAN'S WINDOW FASHIONS | 7100-000 | 283.00 | N/A | N/A | 0.00 |
| HOTSY EQUIPMENT | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| HOTSY EQUIPMENT | 7100-000 | 74.00 | N/A | N/A | 0.00 |
| I.D.E.S. (IL, Dept. of Emply Securtiy) | 7100-000 | 745.00 | N/A | N/A | 0.00 |
| I.D.E.S. (IL, Dept. of Emply Securtiy) | 7100-000 | 406.00 | N/A | N/A | 0.00 |
| I.D.E.S. (IL, Dept. of Emply Securtiy) | 7100-000 | 4,011.00 | N/A | N/A | 0.00 |
| I.D.E.S. (IL, Dept. of Emply Securtiy) | 7100-000 | 302.00 | N/A | N/A | 0.00 |
| I.D.E.S. (IL, Dept. of Emply Securtiy) | 7100-000 | 571.00 | N/A | N/A | 0.00 |
| IL Dept of Healthcare and Family Service | 7100-000 | 3,584.38 | N/A | N/A | 0.00 |
| ILLINOIS AMERICAN WATER | 7100-000 | 165.00 | N/A | N/A | 0.00 |
| Illinois American Water Company | 7100-000 | 164.57 | N/A | N/A | 0.00 |
| Illinois American Water Company | 7100-000 | 164.57 | N/A | N/A | 0.00 |
| Illinois Casualty Company | 7100-000 | 5,170.42 | N/A | N/A | 0.00 |
| Illinois Casualty Company | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| Illinois Casualty Company | 7100-000 | 4,300.00 | N/A | N/A | 0.00 |
| ILLINOIS COLLECTIONS UNLTD | 7100-000 | 66.00 | N/A | N/A | 0.00 |
| Internal Revenue Service | 7100-000 | 12,335.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount | | | |
|---|---|---:|---|---|---:|
| JAMES M CROWLEY | 7100-000 | 4,100.00 | N/A | N/A | 0.00 |
| K Mart | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| K-MART | 7100-000 | 25.00 | N/A | N/A | 0.00 |
| KINGERY,DURREE,WAKEMAN & RYAN | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| LDC Collection Systems | 7100-000 | 3,430.00 | N/A | N/A | 0.00 |
| LDC COLLECTION SYSTEMS | 7100-000 | 3,430.00 | N/A | N/A | 0.00 |
| LDC Collection Systems | 7100-000 | 3,430.00 | N/A | N/A | 0.00 |
| LEXUS FINANCIAL SERVICES | 7100-000 | 513.00 | N/A | N/A | 0.00 |
| Linebarger Goggan Blair & Sampson, LLP | 7100-000 | 1,740.68 | N/A | N/A | 0.00 |
| Linebarger Goggan Blair & Sampson, LLP | 7100-000 | 1,741.00 | N/A | N/A | 0.00 |
| Lowe's | 7100-000 | 168.16 | N/A | N/A | 0.00 |
| Lowe's | 7100-000 | 168.00 | N/A | N/A | 0.00 |
| M.F.C. | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| MCCOY, MICHAEL D. | 7100-000 | 21.00 | N/A | N/A | 0.00 |
| MEADOR INVESTIGATIONS | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Medodist Medical Group | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| Methodist Health Services | 7100-000 | 1,038.00 | N/A | N/A | 0.00 |
| Methodist Health Services | 7100-000 | 1,836.00 | N/A | N/A | 0.00 |
| Methodist Health Services | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Methodist Hospital | 7100-000 | 76.00 | N/A | N/A | 0.00 |
| METHODIST MEDICAL GROUP | 7100-000 | 87.00 | N/A | N/A | 0.00 |
| METHODIST MEDICAL GROUP | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| MFC | 7100-000 | 191.00 | N/A | N/A | 0.00 |
| MICHIGAN ACCOUNTS RECEIVABLE COLLECTIONS SYSTEM | 7100-000 | 400.00 | N/A | N/A | 0.00 |
| MidWest Credit & Collection, INC | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| MidWest Credit & Collection, INC | 7100-000 | 435.02 | N/A | N/A | 0.00 |
| MidWest Credit & Collection, INC | 7100-000 | 435.00 | N/A | N/A | 0.00 |
| MYLES TORNOW ST PHILOMENA SCH | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| National City Bank | 7100-000 | 1,460.00 | N/A | N/A | 0.00 |
| National City Bank | 7100-000 | 1,460.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| National City Bank | 7100-000 | 10,976.00 | N/A | N/A | 0.00 |
| NATIONAL CITY BANK OF THE MIDWEST | 7100-000 | 1,364.00 | N/A | N/A | 0.00 |
| NCO FINANCIAL | 7100-000 | 122.00 | N/A | N/A | 0.00 |
| NCO FINANCIAL | 7100-000 | 923.00 | N/A | N/A | 0.00 |
| NELSON WATSON & ASSOCIATES, LLC | 7100-000 | 1,553.00 | N/A | N/A | 0.00 |
| Nelson, Watson & Associates | 7100-000 | 1,553.15 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 322.00 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 197.78 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 55.09 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 55.09 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| Newton & Associates | 7100-000 | 88.00 | N/A | N/A | 0.00 |
| Nicoara & Stegall | 7100-000 | 4,498.00 | N/A | N/A | 0.00 |
| Nicoara & Stegall | 7100-000 | 4,498.00 | N/A | N/A | 0.00 |
| NORTHWEST TIRE CENTER | 7100-000 | 451.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 670.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 420.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 24.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 172.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 123.00 | N/A | N/A | 0.00 |
| OBERLANDER ALARM SYSTEM | 7100-000 | 100.00 | N/A | N/A | 0.00 |
| ORCHARD BANK GOLD HSBC CARD SERVICE | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Palisades Collection LLC c/o Blatt, Hasenmiller, Leibsker & | 7100-000 | 2,200.00 | N/A | N/A | 0.00 |
| Palisades Collection LLC/HSBC | 7100-000 | 2,207.00 | N/A | N/A | 0.00 |
| PEORIA COUNTY COLLECTOR | 7100-000 | 13,568.00 | N/A | N/A | 0.00 |
| PEORIA COUNTY STATE'S ATTORNEY | 7100-000 | 535.00 | N/A | N/A | 0.00 |
| Peoria County Worthless Check Program | 7100-000 | 112.60 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | Amount | | | |
|---|---|---:|---|---|---:|
| Peoria County Worthless Check Program | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| PEORIA COURT HOUSE | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| PEORIA COURT HOUSE CIRCUIT COURT | 7100-000 | 2,250.00 | N/A | N/A | 0.00 |
| PEORIA LAW MAGISTRATE CO. | 7100-000 | 2,246.00 | N/A | N/A | 0.00 |
| PROCTOR FIRST CARE | 7100-000 | 176.00 | N/A | N/A | 0.00 |
| PROCTOR FIRST CARE | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Proctor Hospital | 7100-000 | 845.74 | N/A | N/A | 0.00 |
| Proctor Hospital PAYMENT PROCESSING CENTER | 7100-000 | 2,575.00 | N/A | N/A | 0.00 |
| Proctor Hospital | 7100-000 | 846.00 | N/A | N/A | 0.00 |
| R.M.C.B. RETRIEVAL-MASTERS CREDITORS | 7100-000 | 347.00 | N/A | N/A | 0.00 |
| Receivables Control Corporation | 7100-000 | 475.00 | N/A | N/A | 0.00 |
| REWARDZONE PROGRAM MASTERCARD | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| REWARDZONE PROGRAM MASTERCARD | 7100-000 | 515.00 | N/A | N/A | 0.00 |
| RMCB COLLECTIONS RETRIEVAL MASTERS CREDITOR | 7100-000 | 60.00 | N/A | N/A | 0.00 |
| RMCB COLLECTIONS RETRIEVAL MASTERS CREDITOR | 7100-000 | 55.00 | N/A | N/A | 0.00 |
| RMCB COLLECTIONS RETRIEVAL MASTERS CREDITOR | 7100-000 | 94.00 | N/A | N/A | 0.00 |
| Salute | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| Scrapbooker's Paradise | 7100-000 | 79.00 | N/A | N/A | 0.00 |
| Scrapbooker's Paradise | 7100-000 | 53.00 | N/A | N/A | 0.00 |
| Sears Roebuck and Company | 7100-000 | 55.09 | N/A | N/A | 0.00 |
| STEVEN A. WAKEMAN KINGERY DURREE WAKEMAN & | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| STEVEN A. WAKEMAN, #512 | 7100-000 | 2,246.00 | N/A | N/A | 0.00 |
| T.A.C. Collections, Inc. | 7100-000 | 78.00 | N/A | N/A | 0.00 |
| T.A.C. Collections, Inc. | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| Target Corporation | 7100-000 | 149.29 | N/A | N/A | 0.00 |
| Target Corporation | 7100-000 | 149.00 | N/A | N/A | 0.00 |
| TEK-Collect, Inc. | 7100-000 | 143.00 | N/A | N/A | 0.00 |
| THE CBE GROUP INC-FORMRER | 7100-000 | 62.00 | N/A | N/A | 0.00 |
| THE CBE GROUP INC-FORMRER | 7100-000 | 80.00 | N/A | N/A | 0.00 |
| TNB-TARGET | 7100-000 | 118.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Tribute Mastercard | 7100-000 | 282.00 | N/A | N/A | 0.00 |
| Tribute Mastercard | 7100-000 | 194.32 | N/A | N/A | 0.00 |
| Tribute Mastercard | 7100-000 | 200.00 | N/A | N/A | 0.00 |
| Tribute Mastercard | 7100-000 | 325.00 | N/A | N/A | 0.00 |
| TRS | 7100-000 | 56.31 | N/A | N/A | 0.00 |
| TRS RECOVERY SERVICES, INC. | 7100-000 | 28.00 | N/A | N/A | 0.00 |
| Wal Mart | 7100-000 | 103.00 | N/A | N/A | 0.00 |
| William C. Connor, Attorney | 7100-000 | 4,758.00 | N/A | N/A | 0.00 |
| William C. Connor, Attorney | 7100-000 | 3,703.00 | N/A | N/A | 0.00 |
| William C. Connor, Attorney | 7100-000 | 4,944.00 | N/A | N/A | 0.00 |
| City of Peoria | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 257,628.79 | 33,042.93 | 32,153.22 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-82591  
**Case Name:** LINDSEY, JAMES DERRICK  
              LINDSEY, LYNETTE MARIE  
**Period Ending:** 03/30/10

**Trustee:** (330250) GARY T. RAFOOL  
**Filed (f) or Converted (c):** 09/25/08 (f)  
**§341(a) Meeting Date:** 11/19/08  
**Claims Bar Date:** 04/16/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1   Residence, 4907 N. Woodview Ave., Peoria, IL | 140,000.00 | 0.00 | OA | 0.00 | FA |
| 2   Cash, James Lindsey | 36.00 | 0.00 | OA | 0.00 | FA |
| 3   National City Bank, James D. Lindsey, JDL Cleaning | 0.00 | 0.00 | OA | 0.00 | FA |
| 4   CEFCU, ACCOUNT NO. xxx-x856, JDL Cleaning, Originally scheduled at $640.00 - Value amended by debtors on 7/13/09 to $8,478.99 | 8,478.99 | 5,160.37 | | 5,161.00 | FA |
| 5   First National Bank of Chilicothe Originally scheduled for $700.00 Value amended by debtors on 7/13/09 to zero balance | 0.00 | 700.00 | DA | 0.00 | FA |
| 6   5 television sets, Game Consoles, Video Games; 6 rooms household goods, furniture; appliances; computer; stereo; phones | 1,255.00 | 0.00 | OA | 0.00 | FA |
| 7   James Lindsey, work clothes, boots, shoes, fgloves, coat, wedding ring, watch | 750.00 | 0.00 | OA | 0.00 | FA |
| 8   Lynette Lindsey, clothing, shoes, purses, coats, costume jewelry, watch, wedding ring | 1,000.00 | 0.00 | OA | 0.00 | FA |
| 9   2000 Lexus RX300 SUV, | 9,500.00 | 0.00 | OA | 0.00 | FA |
| 10   1999 FORD E250 ECONOLINE Van | 700.00 | 0.00 | OA | 0.00 | FA |
| 11   2000 Ford E250 Econoline Van, | 4,500.00 | 0.00 | OA | 0.00 | FA |
| 12   1999-FORD E250 ECONOLINE Van, | 850.00 | 0.00 | OA | 0.00 | FA |
| 13   desk, chair, phones, supplies used in business | 700.00 | 0.00 | OA | 0.00 | FA |
| 14   Powers washers, hand and power tools used in business | 1,500.00 | 0.00 | OA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 1.35 | FA |
| **15 Assets  Totals** (Excluding unknown values) | **$169,269.99** | **$5,860.37** | | **$5,162.35** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-82591  
**Case Name:** LINDSEY, JAMES DERRICK  
LINDSEY, LYNETTE MARIE  
**Period Ending:** 03/30/10

**Trustee:** (330250) GARY T. RAFOOL  
**Filed (f) or Converted (c):** 09/25/08 (f)  
**§341(a) Meeting Date:** 11/19/08  
**Claims Bar Date:** 04/16/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** July 31, 2009  **Current Projected Date Of Final Report (TFR):** November 5, 2009 (Actual)

Printed: 03/30/2010 02:30 PM  V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-82591  
**Case Name:** LINDSEY, JAMES DERRICK  
LINDSEY, LYNETTE MARIE  
**Taxpayer ID #:** **-***0442  
**Period Ending:** 03/30/10  

**Trustee:** GARY T. RAFOOL (330250)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****42-65 - Money Market Account  
**Blanket Bond:** $119,058,755.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/06/09 | {4} | JDL PROFESSIONAL CLEANING | Payment toward exemption overage | 1129-000 | 435.00 | | 435.00 |
| 01/23/09 | {4} | JDL Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 870.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 870.01 |
| 02/02/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 1,305.01 |
| 02/17/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 1,740.01 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 1,740.06 |
| 03/03/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 2,175.06 |
| 03/24/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 2,610.06 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.09 | | 2,610.15 |
| 04/13/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 3,045.15 |
| 04/27/09 | {4} | JDL Professional Cleaning | Payment toward exemption overage | 1129-000 | 435.00 | | 3,480.15 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,480.26 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,480.39 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 3,480.54 |
| 07/23/09 | {4} | Huff Law Offices | Payment of Balance of Debtors' Exemption Overage | 1129-000 | 1,681.00 | | 5,161.54 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 5,161.69 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,161.90 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,162.11 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.21 | | 5,162.32 |
| 11/05/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 5,162.35 |
| 11/05/09 | | To Account #********4266 | MONEY MARKET CLOSEOUT | 9999-000 | | 5,162.35 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **5,162.35** | **5,162.35** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 5,162.35 | |
| | | | **Subtotal** | | **5,162.35** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$5,162.35** | **$0.00** | |

{} Asset reference(s)                                                         Printed: 03/30/2010 02:30 PM    V.12.06

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-82591 | | **Trustee:** | GARY T. RAFOOL (330250) |
|---|---|---|---|---|
| **Case Name:** | LINDSEY, JAMES DERRICK | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | LINDSEY, LYNETTE MARIE | | **Account:** | ***-*****42-66 - Checking Account |
| **Taxpayer ID #:** | **-***0442 | | **Blanket Bond:** | $119,058,755.00   (per case limit) |
| **Period Ending:** | 03/30/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/09 | | From Account #********4265 | MONEY MARKET CLOSEOUT | 9999-000 | 5,162.35 | | 5,162.35 |
| 01/04/10 | 101 | GARY T. RAFOOL | Dividend paid 100.00% on $25.11, Trustee Expenses;  Reference: | 2200-000 | | 25.11 | 5,137.24 |
| 01/04/10 | 102 | GARY T. RAFOOL | Dividend paid 100.00% on $1,266.24, Trustee Compensation;  Reference: | 2100-000 | | 1,266.24 | 3,871.00 |
| 01/04/10 | 103 | IL Dept of Healthcare and Family Services/MRU | Dividend paid  76.22% on $5,078.61; Claim# 15; Filed: $5,078.61; Reference: C00070487 | 5100-000 | | 3,871.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 5,162.35 | 5,162.35 | **$0.00** |
| | | | Less: Bank Transfers | | 5,162.35 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **5,162.35** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$5,162.35** | |

{} Asset reference(s)

Printed: 03/30/2010 02:30 PM    V.12.06

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 08-82591 | | **Trustee:** | GARY T. RAFOOL (330250) |
| --- | --- | --- | --- | --- |
| **Case Name:** | LINDSEY, JAMES DERRICK | | **Bank Name:** | The Bank of New York Mellon |
| | LINDSEY, LYNETTE MARIE | | **Account:** | 9200-******42-66 - Checking Account |
| **Taxpayer ID #:** | **-***0442 | | **Blanket Bond:** | $119,058,755.00  (per case limit) |
| **Period Ending:** | 03/30/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****42-65 | 5,162.35 | 0.00 | 0.00 |
| Checking # ***-*****42-66 | 0.00 | 5,162.35 | 0.00 |
| Checking # 9200-******42-66 | 0.00 | 0.00 | 0.00 |
| | $5,162.35 | $5,162.35 | $0.00 |

{} Asset reference(s)    Printed: 03/30/2010 02:30 PM   V.12.06